**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

Libertarian Party of Illinois, et al.

                      Plaintiff,

v.                                             Case No.: 1:20–cv–02112
                                                  Honorable Charles R. Norgle Sr.

J.B. Pritzker, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 17, 2020:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Telephone motion hearing held. Plaintiff Kyle Kenley Kopitke's emergency motions to intervene [6] and [7] are granted. Plaintiffs' motions for preliminary injunction and/or temporary restraining order [2] and [10] are entered and continued to 4/21/2020 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.