IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LIBERTARIAN PARTY OF ILLINOIS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 1:20-cv-02112 |
| v. | ) | |
| | ) | Hon. Charles R. Norgle |
| J.B. PRITZKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Motion for Leave to Appear Pro Hac Vice [13] is granted. The parties shall submit a joint status report no later than January 8, 2021.

IT IS SO ORDERED.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: December 2, 2020