**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Libertarian Party of Illinois, *et al.*, | ) | Case No.: 20-cv-2112 |
| | ) | |
| Plaintiffs, | ) | Hon. Charles R. Norgle, Sr., |
| | ) | Presiding Judge |
| vs. | ) | |
| | ) | Hon. Jeffrey Cummings, |
| | ) | Magistrate Judge |
| J.B. Pritzker, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

NOW COMES the Plaintiffs, Libertarian Party of Illinois, Illinois Green Party, David F. Black, Sheldon Schafer, Richard J. Whitney, William Redpath, Bennett W. Morris, Marcus Throneburg, and David Gill ( "Plaintiffs"), counsel for the Plaintiffs, and Defendants, JB Pritzker, Governor of Illinois in his official capacity (the "Governor"); and William J. Cadigan, Katherine S. O'Brien, Laura K. Donahue, Cassandra B. Watson, William R. Haine, Ian K. Linnabary, Charles W. Scholz, and William McGuffage, Board Members of the Illinois State Board of Elections in their official capacity ("Defendants"); by their attorney, Kwame Raoul, Attorney General of Illinois, and hereby stipulate to the dismissal of this case with prejudice. Plaintiffs and the Defendants agree as follows:

1. This lawsuit shall be dismissed with prejudice and without leave to reinstate.
2. Each party shall bear their own attorney's fees, costs, and expenses.

AGREED:

| | |
|---|---|
| /s/ Oliver B. Hall | /s/ *Sarah H. Newman* (w/permission) |
| Oliver Hall | Sarah H. Newman |
| Counsel for Plaintiffs | Assistant Attorney General |
| Center for Competitive Democracy | Attorney for Defendants |
| P.O. Box 21090 | 100 West Randolph Street, 13th Floor |
| Washington, D.C. 20009 | Chicago, Illinois 60601 |
| 202-248-9294 | (312) 814-3000 |

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2021, the foregoing document was filed using the Court's CM/ECF system, which will effect service upon all parties of record.

/s/ Oliver B. Hall
Oliver B. Hall