IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LIBERTARIAN PARTY OF ILLINOIS, ET AL.,**<br><br>Plaintiffs,<br><br>and **KYLE KOPITKE**,<br><br>Plaintiff-Intervenor,<br><br>vs.<br><br>**J.B. PRITZKER, ET AL,**<br><br>Defendants, | Case No. 1:20-cv-02112<br><br>Hon. Charles R. Norgle, Sr., Presiding Judge,<br><br>Hon. Jeffrey Cummings, Magistrate Judge |

**MOTION TO DENY STIPULATION TO DISMISS OR IN THE ALTERNATIVE FOR THIS COURT TO RETAIN JURISDICTION TO DECIDE ANY PETITION FOR ATTORNEY'S FEES & COSTS**

NOW COMES THE INTERVENOR KYLE KOPITKE, and for his Motion To Deny Stipulation To Dismiss Or In The Alternative For This Court To Retain Jurisdiction to Decide Any Petition For Attorneys Fees & Costs , states:

1. On April 17, 2020 this Court granted Plaintiff-Intervenor Kyle Kenley Kopitke's ("Kopitke") emergency motions to intervene (Dkt. 21, granting Dkts. 6 and 7).

2. On December 2, 2020 this Court ordered the parties to submit a joint status report no later than January 8, 2021. (Dkt. 80)

3. On January 8, 2021 all parties, including Kopitke, submitted a Joint Status Report. (Dkt. 81).

4. On February 5, 2021 all parties, including Kopitke, submitted a second joint status report. (Dkt. 82).

5. On February 26, 2021 this Court ordered the parties to file a Report on settlement by March 23, 2021 if the matter has not been resolved before that date. (Dkt. 83)

6. On March 2, 2021 all the Plaintiffs and all the Defendants, except for Kopitke, filed a Stipulation To Dismiss.

7. Therefore, the Stipulation To Dismiss is not a stipulation by all parties.

8. As a prevailing party in this case, Plaintiff-Intervenor Kopitke has a right to recover his attorney's fees and costs.

9. Kopitike's attorney is attempting to resolve attorney's fees with Defendants' counsel, but no agreement has been reached to date.

WHEREFORE, Plaintiff-Intervenor Kyle Kopitke respectfully requests that the Stipulation To Dismiss (Dkt. 84) be denied, or that, in the alternative, that this Court retain jurisdiction for at least 90 days to decide any petition for attorney's fees and costs filed by an attorney for a prevailing party.

                                      Respectfully submitted

                                      */s/Samuel J. Cahnman*

Samuel J. Cahnman                 Attorney for Plaintiff-Intervenor
Attorney at Law                        Kyle Kopitke
915 S. 2nd St.
Springfield, IL 62704
samcahnman@yahoo.com
Attorney for Intervenor
*IL Bar No. 3121596*

### CERTIFICATION OF SERVICE

I hereby certify that on March 2, 2021 foregoing document was filed using the Court's CM/ECF system, which will effect service on all parties of record

                                      */s/Samuel J. Cahnman*
                                        Attorney at Law