**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Libertarian Party of Illinois, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 20-cv-2112 |
| | ) | |
| vs. | ) | Hon. Charles R. Norgle, Sr., |
| | ) | Presiding Judge |
| | ) | |
| J.B. Pritzker, *et al.*, | ) | Hon. Jeffrey Cummings, |
| | ) | Magistrate Judge |
| Defendants. | ) | |

**DEFENDANTS' RESPONSE TO INTERVENOR KOPITKE'S MOTION
TO DENY STIPULATION TO DISMISS OR IN THE ALTERNATIVE FOR
THIS COURT TO RETAIN JURISDICTION TO DECIDE
ANY PETITION FOR ATTORNEYS' FEES AND COSTS**

Defendants, through their attorney Kwame Raoul, Attorney General of Illinois, submit

the following response to Intervenor Kopitke's motion to deny the stipulation to dismiss or in the

alternative for this Court to retain jurisdiction to decide any petition for attorneys' fees and costs

(Dkt. 85).

On April 2, 2020, Plaintiffs Libertarian Party of Illinois, Illinois Green Party, Sheldon

Schafer, Richard Whitney, William Redpath, Bennett Morris, and Marcus Throneburg

("Plaintiffs") filed this action and sought emergency relief with respect to the November 3, 2020

general election given the extraordinary circumstances presented by the pandemic and the

consequent stay-at-home orders. Dkt. 1, 2. On April 13, 2020, Intervenor Kyle Kopitke filed a

motion to intervene in the case as a plaintiff. Dkt. 7. Plaintiffs opposed Intervenor Kopitke's

motion (Dkt. 12), while Defendants took no position. Dkt. 15 at 1. As the emergency judge,

Judge Pallmeyer granted Intervenor Kopitke's motion to intervene (Dkt. 21) and granted

preliminary injunctive relief to Plaintiffs and Intervenor Kopitke. Dkt. 27. The preliminary

injunction motion was amended on reconsideration (Dkt. 36). The injunctive relief provided by the Court remained in effect for the November 3, 2020 election.

Given the passing of the November 2020 election, Plaintiffs and Defendants agreed that no further briefing was necessary on the merits of the action. Dkt. 82. Plaintiffs and Defendants reached a negotiated resolution of Plaintiffs' claims, and Plaintiffs filed a stipulation of dismissal of their claims on March 2, 2021. Dkt. 84.

There is no basis for the Court to deny the stipulation to dismiss. All parties agree that the underlying claims in this case are moot given the passage of the November 2020 election. Indeed, Intervenor Kopitke does not argue that there are any remaining issues to be resolved relating to the merits of his case; rather, he argues only that he should be allowed to file a petition to recover attorneys' fees. Dkt. 85 ¶¶ 6-9. But Local Rule 54.3(b) provides that, in general, a party may file a petition for attorneys' fees up to 91 days after the entry of judgment in a case.

Defendants do not agree that Intervenor Kopitke "has a right to recover his attorneys' fees and costs" (Dkt. 85 ¶ 8) in this case. But Defendants *do* agree that Intervenor Kopitke has the right to *submit* a petition to the Court for such attorneys' fees, subject to the requirements of Local Rule 54.3. Once Defendants have received that petition, they will evaluate that petition and respond accordingly. Thus, the Court need not delay dismissing this case because Intervenor Kopitke wishes to submit an attorneys' fees petition.

WHEREFORE, the Defendants respectfully request that this Court deny Intervenor Kopitke's motion to deny the stipulation to dismiss and dismiss this action in its entirety, without prejudice to Intervenor Kopitke's ability to file a petition for attorneys' fees and costs.

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois                    By:     /s/ Sarah H. Newman
                                                        Sarah H. Newman
                                                        Erin Walsh
                                                        Michael Dierkes
                                                        Assistant Attorneys General
                                                        100 W. Randolph Street, 13th Floor
                                                        Chicago, Illinois 60601
                                                        312-814-6131
                                                        312-814-6122
                                                        312-814-3672
                                                        snewman@atg.state.il.us
                                                        ewalsh@atg.state.il.us
                                                        mdierkes@atg.state.il.us

                                                        Counsel for Defendants

3