IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LIBERTARIAN PARTY OF ILLINOIS, ET AL.,**<br><br>Plaintiffs,<br><br>and **KYLE KOPITKE**,<br><br>Plaintiff-Intervenor,<br><br>vs.<br><br>**J.B. PRITZKER, ET AL,**<br><br>Defendants, | Case No. 1:20-cv-02112<br><br>Hon. Charles R. Norgle, Sr., Presiding Judge,<br><br>Hon. Jeffrey Cummings, Magistrate Judge |

**INTERVENOR'S REPLY TO RESPONSES TO MOTION TO DENY STIPULATION TO DISMISS OR IN THE ALTERNATIVE FOR THIS COURT TO RETAIN JURISDICTION TO DECIDE ANY PETITION FOR ATTORNEY'S FEES & COSTS**

NOW COMES THE INTERVENOR KYLE KOPITKE, and for his Reply To Responses To Motion To Deny Stipulation To Dismiss Or In The Alternative For This Court To Retain Jurisdiction to Decide Any Petition For Attorneys Fees & Costs , states:

1. This Reply is in response to Plaintiffs' Response (Dkt. 87) and Defendants' Response (Dkt. 88).

2. In light of the provisions of Local Rule 54.3 allowing a fee motion to be filed 91 days after entry of the judgment or settlement agreement on which the motion is founded, as pointed out by Defendants' Response, Intervenor has no objection to Defendants' proposed resolution of dismissing this action without prejudice to Intervenor Kopitke filing a fee motion or petition for attorneys' fees and costs.

3. Intervenor Kopitke does object to paragraph 2 of the Stipulation To Dismiss filed by the initial Plaintiffs and the Defendants (Dkt.84), which states: "Each party shall bear their own attorney's fees, costs and expenses."

4. Invtervenor Kopitke does not object to a provision in the dismissal order that each party, other than Kopitke, shall bear their own attorney's fees, costs and expense.

WHEREFORE, Intervenor Kyle Kopitke prays that any dismissal order be entered without prejudice to Intervenor Kopitke filing a fee motion or petition for attorney's fees and costs within 91 days of the entry of the dismissal order; and that Kopitike be excluded from any provision in the dismissal order that each party shall bear their own attorney's fees, costs and expenses.

Respectfully submitted

*/s/Samuel J. Cahnman*
Attorney for Plaintiff-Intervenor
Kyle Kopitke

Samuel J. Cahnman
Attorney at Law
915 S. 2nd St.
Springfield, IL 62704
samcahnman@yahoo.com
Attorney for Intervenor
*IL Bar No. 3121596*

## CERTIFICATION OF SERVICE

I hereby certify that on April 12, 2021 foregoing document was filed using the Court's CM/ECF system, which will effect service on all parties of record

*/s/Samuel J. Cahnman*
Attorney at Law